July 13, 2012

Ms. Diana L. Faust
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202
Mr. Iain Gordon Simpson
Simpson PC
P.O. Box 924555
Houston, TX 77292-4555

RE: Case Number: 12-0311
 Court of Appeals Number: 01-11-00835-CV
 Trial Court Number: 2010-58689

Style: BARBARA MARINO, M.D.
 v.
 WENDY WILKINS

Dear Counsel:

 The Supreme Court of Texas abated the petition for review and issued
the enclosed abatement order in the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. M. Karinne |
| |McCullough |
| |Mr. Chris Daniel |